UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE LIFE INSURANCE COMPANY, ALLSTATE LIFE INSURANCE COMPANY OF NEW YORK A.K.A. ALLSTATE LIFE OF NEW YORK, AND AMERICAN HERITAGE LIFE INSURANCE COMPANY,<br><br>        Plaintiffs,<br><br>- against -<br><br>COUNTRYWIDE FINANCIAL CORP., COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE CAPITAL MARKETS, LLC, COUNTRYWIDE SECURITIES CORP., CWALT, INC., CWABS, INC., CWHEQ, INC., CWMBS, INC.; BANK OF AMERICA CORP., BAC HOME LOANS SERVICING, L.P., NB HOLDINGS CORP., ANGELO MOZILO, DAVID SAMBOL, ERIC SIERACKI, RANJIT KRIPALANI, STANFORD KURLAND, DAVID A. SPECTOR, N. JOSHUA ADLER, AND JENNIFER S. SANDEFUR,<br><br>        Defendants. | Civil No. 10-9591 (AKH) |

**COUNTRYWIDE DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

  Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., CWALT, Inc., CWMBS, Inc., CWABS, Inc., CWHEQ, Inc., Countrywide Capital Markets, Countrywide Securities Corporation and N. Joshua Adler (collectively, the "Countrywide Defendants"), by and through their undersigned counsel hereby submit the following corporate disclosure statement:

  Countrywide Securities Corporation is a subsidiary of Countrywide Capital Markets, Incorporated.  Bank of America Corporation ("Bank of America") is the ultimate parent to all of the Countrywide Defendants and their parent companies.  Bank of America is a publicly held


corporation whose shares are traded on the New York Stock Exchange. It has no parent corporation, and no publicly-held corporation owns more than 10% of Bank of America's shares.

Dated: February 3, 2011                Respectfully submitted,

**COUNTRYWIDE FINANCIAL CORP., COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE CAPITAL MARKETS, LLC, COUNTRYWIDE SECURITIES CORP., CWALT, INC., CWABS, INC., CWHEQ, INC., CWMBS, INC., and N. JOSHUA ADLER**

By their attorneys,

_____
Mark Holland
mholland@goodwinprocter.com
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel. (212) 813-8800

Brian E. Pastuszenski (*pro hac vice* application forthcoming)
bpastuszenski@goodwinprocter.com
Inez H. Friedman-Boyce (*pro hac vice* application forthcoming)
ifriedmanboyce@goodwinprocter.com
Brian C. Devine (*pro hac vice* application forthcoming)
GOODWIN PROCTER LLP
53 State Street
Boston, MA 02110
Tel. (617) 570-1000

**Counsel for the Countrywide Defendants**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2011, I caused true and correct copies of Countrywide Defendants' Corporate Disclosure Statement to be served by electronic means, via the Court's CM/ECF system, on all counsel registered to receive electronic notices. I also certify that I have caused copies of the aforementioned document to be served via first class mail, postage prepaid upon the non-CM/ECF participant.

                                                                           ___/s/ Mark Holland_____
                                                                           Mark Holland